**Exhibit A**

# WHOLESALE CARS, INC.
2124 Broad Rock Boulevard
Richmond, Virginia 23224
(804) 232-1912

## SALES ORDER & CREDIT APPLICATION

Date: 10/28/14

SOLD TO: Latrice Clark    Social Security# -8738

Address: 201 Lawne Ave Richmond, VA 23224

Residence Phone: 804-482-9748    Business Phone: ___

Employed by: Amazon    Employed ___ Yrs. ___ Mos.

Employer's Address: Chester

D.O.B. 7/19/78
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

| Year | Make | Body Style | Serial No. |
|---|---|---|---|
| 2005 | Pontiac Gran Prix | 2G2WP522751338559 | |

## ODOMETER DISCLOSURE STATEMENT

(State and Federal laws require the seller of a motor vehicle to state the odometer mileage upon transfer of ownership. Incorrect information may result in civil liabilities or criminal penalties.)

I, WHOLESALE CARS, INC. (transferor's name) certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

Odometer Reading (NO TENTHS): 104,345

CHECK ONE BOX ONLY:
☐ THE MILEAGE STATED IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ THE ODOMETER READING IS NOT THE ACTUAL MILEAGE
**WARNING - ODOMETER DISCREPANCY**

### Vehicle Information

MAKE: Pontiac    BODY TYPE: 4DR    MODEL: Gran Prix    YEAR: 05

IDENTIFICATION NUMBER: 2G2WP522751338559

TRANSFEROR'S PRINTED NAME (SELLER): WHOLESALE CARS, INC.

TRANSFEROR'S STREET ADDRESS: 2124 BROAD ROCK BOULEVARD

CITY: RICHMOND, VA    STATE: VA    ZIP CODE: 23224

DATE OF STATEMENT: ___    TRANSFEROR'S SIGNATURE (SELLER): X _____

PRINTED NAME OF PERSON SIGNING: _____

TRANSFEREE'S PRINTED NAME (BUYER): Latrice Clark

STREET ADDRESS: 201 Lawne Ave

CITY: Richmond    STATE: VA    ZIP CODE: 23224

RECEIPT OF COPY ACKNOWLEDGED

TRANSFEREE'S SIGNATURE - BUYER: X _____    DATE: _____

PRINTED NAME PERSON SIGNING IF DIFFERENT FROM ABOVE: _____

TRADE IN:
| MAKE | BODY TYPE | MODEL | YEAR | MILEAGE |
|---|---|---|---|---|
| | | | | |
VEHICLE ID-NUMBER: ___    PLATE NUMBER: ___

## FOR "AS IS" SALE ONLY:

I UNDERSTAND THAT THIS VEHICLE IS BEING SOLE "AS IS" WITH ALL FAULTS AND IS NOT COVERED BY ANY DEALER WARRANTY. I UNDERSTAND THAT THE DEALER IS NOT REQUIRED TO MAKE ANY REPAIRS AFTER I BUY THIS VEHICLE. I WILL HAVE TO PAY FOR ANY REPAIRS THIS VEHICLE WILL NEED.

DATE 10/28/14    SIGNATURE _____

| | |
|---|---|
| SALE PRICE | 500 |
| TRADE ALLOWANCE | |
| BALANCE DUE ON TRADE IN | |
| CASH DOWN | 1,500 |
| BALANCE TO BE FINANCED | 3500 |
| NUMBER OF PAYMENTS WEEKLY • BI-WEEKLY • MONTHLY | 14 @ 250 |
| FIRST PAYMENT DUE | Nov 25, 2014 |
| PURCHASER SIGNATURE | _____ |

| | |
|---|---|
| VA STATE SALES TAX 4.05% ($75.00 MINIMUM) | $ 202.50 |
| TITLE FEE | $ 10.00 |
| LICENSE | $ 40.00 |
| TOTAL DMV FEES | $ 252.50 |

## NO LIABILITY INSURANCE

SALESMAN: Ralfe

BUYER #2 _____    DATE 10/28/14

## INSTALLMENT SALE CONTRACT AND SECURITY AGREEMENT

THE UNDERSIGNED BUYER PROMISES TO PAY TO THE ORDER OF WHOLESALE CARS, INC., 2124 BROAD ROCK BOULEVARD, THE SUM OF Thirty five hundred    DOLLARS ($ 3500) EACH, THE FIRST INSTALLMENT DUE ON THE 25th DAY OF Nov, 2014.

INTEREST ON 2G2WP522751338559

WEEKLY / BI-WEEKLY / MONTHLY INSTALLMENTS OF $ 250    IN 14

TO SECURE THE PERFORMANCE OF THIS OBLIGATION, BUYER HEREBY GRANTS TO SELLER A UNIFORM COMMERCIAL CODE SECURITY OWING HEREUNDER SHALL BECOME DUE AND PAYABLE IN FULL AT THE OPTION OF SELLER AND WITHOUT NOTICE.

IF THERE SHALL BE A DEFAULT IN THE PAYMENT OF ANY AMOUNT DUE UNDER THIS CONTRACT, THEN ANY AMOUNT

IN THE EVENT OF DEFAULT, SELLER MAY TAKE POSSESSION OF THE PROPERTY AND MAY EXERCISE ALL RIGHTS GRANTED UNDER THE UNIFORM COMMERCIAL CODE. SELLER MAY BY SUIT ENFORCE PAYMENTS DUE AND NO LEGAL PROCEEDING SHALL BE DEEMED A WAIVER OF ANY OF ITS RIGHTS TO TAKE POSSESSION UPON DEFAULT.

I/WE HEREBY EXECUTE THIS CONTRACT, (BUYER(S) ACKNOWLEDGE RECEIPT OF A COPY

BUYER #1 _____

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

**VEHICLE MAKE** PONTIAC  **MODEL** GRAND PRIX  **YEAR** 2005  **VIN NUMBER** 2G2WP522751338559

**DEALER STOCK NUMBER (Optional)** _____

## WARRANTIES FOR THIS VEHICLE:

### ☒ AS IS - NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

### ☐ WARRANTY

☐ **FULL** ☐ **LIMITED WARRANTY.** The dealer will pay ____% of the labor and ____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:** 

**DURATION:**

☐ **SERVICE CONTRACT.** A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

**PRE PURCHASE INSPECTION:** ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

**SEE THE BACK OF THIS FORM** for important additional information, including a list of some major defects that may occur in used motor vehicles.

# WHOLESALE CARS, INC.
2124 Broad Rock Boulevard
Richmond, Virginia 23224
(804) 232-1912

## SALES ORDER & CREDIT APPLICATION

Date: 10/28/14

SOLD TO: Latrice Clark    Social Security # -8738
D.O.B. 7/19/78    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

Address: 301 Larne Ave, Richmond VA 23224

Residence Phone: 804-482-9748    Business Phone: ___

Employed by: Amazon    Employed ___ Yrs. ___ Mos.

Employer's Address: Chester

| Year | Make | Body Style | Serial No. |
|---|---|---|---|
| 2005 | Pontiac | 4DR Gran Prix | 2G2WP522751338559 |

### ODOMETER DISCLOSURE STATEMENT

(State and Federal laws require the seller of a motor vehicle to state the odometer mileage upon transfer of ownership. Incorrect information may result in civil liabilities or criminal penalties.)

I, WHOLESALE CARS, INC. (transferor's name) certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

Odometer Reading (NO TENTHS): 109,345

CHECK ONE BOX ONLY:
☐ THE MILEAGE STATED IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ THE ODOMETER READING IS NOT THE ACTUAL MILEAGE
   WARNING - ODOMETER DISCREPANCY

### Vehicle Information

MAKE: Pontiac    BODY TYPE: 4DR Gran Prix    MODEL: ___    YEAR: 05
IDENTIFICATION NUMBER: 2G2WP522751338559

TRANSFERROR'S PRINTED NAME (SELLER): WHOLESALE CARS, INC.
TRANSFERROR'S STREET ADDRESS: 2124 BROAD ROCK BOULEVARD
CITY: RICHMOND, VA    STATE: VA    ZIP CODE: 23224

DATE OF STATEMENT: ___    TRANSFERROR'S SIGNATURE (SELLER): [signature]

TRANSFEREE'S PRINTED NAME (BUYER): Latrice Clark
STREET ADDRESS: 301 Larne Ave    ZIP CODE: 23224
CITY: Richmond    STATE: VA

RECEIPT OF COPY ACKNOWLEDGED
TRANSFEREE'S SIGNATURE - BUYER: [signature]
PRINTED NAME PERSON SIGNING IF DIFFERENT FROM ABOVE    DATE

TRADE IN:
| MAKE | BODY TYPE | MODEL | YEAR | MILEAGE |
|---|---|---|---|---|
| | | | | |
VEHICLE ID NUMBER    PLATE NUMBER

### FOR "AS IS" SALE ONLY:

I UNDERSTAND THAT THIS VEHICLE IS BEING SOLD "AS IS" WITH ALL FAULTS AND IS NOT COVERED BY ANY DEALER WARRANTY. I UNDERSTAND THAT THE DEALER IS NOT REQUIRED TO MAKE ANY REPAIRS AFTER I BUY THIS VEHICLE. I WILL HAVE TO PAY FOR ANY REPAIRS THIS VEHICLE WILL NEED.

DATE: 10/28/14    SIGNATURE: [signature]

SALE PRICE: $5000
TRADE ALLOWANCE: ___
BALANCE DUE ON TRADE IN: ___
CASH DOWN: 1500 00
BALANCE TO BE FINANCED: 3500 00
NUMBER OF PAYMENTS WEEKLY • BI-WEEKLY • MONTHLY: 14 @ 250 00
FIRST PAYMENT DUE: Nov 25, 2014
PURCHASER SIGNATURE: [signature]

VA STATE SALES TAX ($75.00 MINIMUM) 4.05%: $ 202.50
TITLE FEE: $ 10.00
LICENSE: $ 40.00
TOTAL DMV FEES: $ 252.50

### NO LIABILITY INSURANCE

SALESMAN: Ralfe

## INSTALLMENT SALE CONTRACT AND SECURITY AGREEMENT    DATE 10/28/14

THE UNDERSIGNED BUYER PROMISES TO PAY TO THE ORDER OF WHOLESALE CARS, INC., 2124 BROAD ROCK BOULEVARD, THE SUM OF Thirty-five hundred 00 DOLLARS ($ 3500 00) IN 14 EACH, THE FIRST INSTALLMENT DUE ON THE 25th DAY OF Nov, 20 14.

WEEKLY / BI-WEEKLY / MONTHLY INSTALLMENTS OF $ 250 EACH, THE FIRST INSTALLMENT DUE ON THE

INTEREST ON 2G2WP522751338559

IF THERE SHALL BE A DEFAULT IN THE PAYMENT OF ANY AMOUNT DUE UNDER THIS CONTRACT, THEN ANY AMOUNT OWING HEREUNDER SHALL BECOME DUE AND PAYABLE IN FULL AT THE OPTION OF SELLER AND WITHOUT NOTICE. IN THE EVENT OF DEFAULT, SELLER MAY TAKE POSSESSION OF THE PROPERTY AND MAY EXERCISE ALL RIGHTS GRANTED UNDER THE UNIFORM COMMERCIAL CODE. SELLER MAY BY SUIT ENFORCE PAYMENTS DUE AND NO LEGAL PROCEEDING SHALL BE DEEMED A WAIVER OF ANY OF ITS RIGHTS TO TAKE POSSESSION UPON DEFAULT.

TO SECURE THE PERFORMANCE OF THIS OBLIGATION, BUYER HEREBY GRANTS TO SELLER A UNIFORM COMMERCIAL CODE SECURITY I/WE HEREBY EXECUTE THIS CONTRACT, (BUYER(S)) ACKNOWLEDGE RECEIPT OF A COPY

BUYER #1: [signature]    BUYER #2: ___

# SPOT DELIVERY

"IF YOU ARE FINANCING THIS VEHICLE PLEASE READ THIS NOTICE: YOU ARE PROPOSING TO ENTER INTO A RETAIL INSTALLMENT SALES CONTRACT WITH THE DEALER. PART OF YOUR CONTRACT INVOLVES FINANCING THE PURCHASE OF YOUR VEHICLE. IF YOU ARE FINANCING THIS VEHICLE AND DEALER INTENDS TO TRANSFER YOUR FINANCING TO A FINANCE PROVIDER SUCH AS A BANK, CREDIT UNION OR OTHER LENDER, YOUR VEHICLE PURCHASE DEPENDS ON THE FINANCE PROVIDER'S APPROVAL OF YOUR PROPOSED RETAIL INSTALLMENT SALES CONTRACT. IF YOUR RETAIL INSTALLMENT SALES CONTRACT IS APPROVED WITHOUT A CHANGE THAT INCREASES THE COST OR RISK TO YOU OR THE DEALER, YOUR PURCHASE CANNOT BE CANCELLED. IF YOUR RETAIL INSTALLMENT SALES CONTRACT IS NOT APPROVED THE DEALER WILL NOTIFY YOU VERBALLY OR IN WRITING. YOU CAN THEN DECIDE TO PAY FOR THE VEHICLE IN SOME OTHER WAY OR YOU OR THE DEALER CAN CANCEL YOUR PURCHASE. IF THE SALE IS CANCELLED, YOU NEED TO RETURN THE VEHICLE TO THE DEALER WITHIN 24 HOURS OF VERBAL OR WRITTEN NOTICE IN THE SAME CONDITION IT WAS GIVEN TO YOU, EXCEPT FOR NORMAL WEAR AND TEAR. AND DOWN PAYMENT OR TRADE-IN YOU GAVE E DEALER WILL BE RETURNED TO YOU. IF YOU DO NOT RETURN THE VEHICLE WITHIN 24 HOURS OR VERBAL OR WRITTEN NOTICE OF CANCELLATION, THE DEALER MAY LOCATED THE VEHICLE AND TAKE IT BACK WITHOUT FURTHER NOTICE TO YOU AS LONG AS THE DEALER FOLLOWS THE LAW AND DOES NOT CAUSE A BE REACH OF THE PEACE WHEN TAKING THE VEHICLE BACK. IF THE DEALER GETS THE VEHICLE BACK IN THE SAME CONDITION IT WAS GIVEN TO YOU, AND ANY TRADE-IN WHEN THE DEALER GETS THE VEHICLE BACK. IF THE DEALER DOES NOT RETURN YOUR DOWN PAYMENT EXCEPT FOR NORMAL WEAR AND TEAR, THE DEALER MAY BE LIABLE TO YOU UNDER THE VIRGINIA CONSUMER PROTECTION ACT." PLEASE BE AWARE THAT THE NOTICE REQUIRES THE DEALER TO RETURN THE DOWN PAYMENT AND TRADE-IN TO THE CUSTOMER PROVIDED THE CUSTOMER RETURNS THE VEHICLE TO YOU WITHIN 24 HOURS OF YOU NOTIFYING THEN THAT YOU WERE NOT ABLE TO OBTAIN FINANCING. THE CUSTOMER MUSTER RETURN THE VEHICLE TO YOU IN THE SAME CONDITION IT WAS WHEN THEY TOOK POSSESSION, EXCEPT FOR NORMAL WEAR AND TEAR. IF THE CUSTOMER MEETS THE CONDITIONS REQUIRED OF YOU. YOU MAY NOT WITHHOLD ANY OF THE DOWN PAYMENT AND MUST RETURN ANY TRADE-IN. YOU MAY NOT ASK OR REQUIRE THE CUSTOMER TO SIGN A SEPARATE AGREEMENT THAT CHANGES THE RESPONSIBILITIES OUTLINED IN THE NOTICE. FOR EXAMPLE, YOU MAY NOT CHARGE AND "RENTAL" OR OTHER FEES FOR USE OF THE VEHICLE; YOU MUST RETURN THE ACTUAL VEHICLE TRADE-IN AND NOT A SUBSTITUTE OR MONEY.

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

**VEHICLE MAKE** Pontiac **MODEL** Gray Pr.X **YEAR** 2005 **VIN NUMBER** 2G2WP522751338559

**DEALER STOCK NUMBER (Optional)** 1

## WARRANTIES FOR THIS VEHICLE:

### ☒ AS IS - NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

### ☐ WARRANTY

☐ **FULL** ☐ **LIMITED WARRANTY.** The dealer will pay ____% of the labor and ____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**                **DURATION:**

_____               _____
_____               _____
_____               _____
_____               _____

☐ **SERVICE CONTRACT.** A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

**PRE PURCHASE INSPECTION:** ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

**SEE THE BACK OF THIS FORM** for important additional information, including a list of some major defects that may occur in used motor vehicles.

# Below is a list of some major defects that may occur in used motor vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dogtracks—bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air Conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visual damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage

---

DEALER WHOLESALE CARS INC
ADDRESS 2124 BROAD ROCK BLVD
RICHMOND, VA 23224-4808

SEE FOR COMPLAINTS

Receipt of copy Acknowledged [signature]
(TRANSFEREE'S SIGNATURE - BUYER)
I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

**IMPORTANT**: The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).

FORM # BG-1985