**Exhibit C**

**Exhibit C**

# WHOLESALE CARS, INC
### 2124 BROADROCK, BLVD
### RICHMOND, VA 23224-4808
### (804) 232-1912

DATE: Apr. 8, 2015

To: Ms Rachel A. Greenleaf

RE: Latrice Y. Clark

| NAME | | ADDRESS | | | | RATING | |
|---|---|---|---|---|---|---|---|
| 804-231-3180 | Latrice Clark | 804-482-9748 | | | | Foward | 750.00 |
| | BUSINESS / INDIVIDUAL | | TERMS | CREDIT LIMIT | | | |
| DATE | ITEMS | | FOL | ✓ | DEBITS | CREDITS | BALANCE |
| 3/26 | 1812 Chicago Ave | | | | | 230 | 520.00 |
| 5/8 | | | | | | 150 | 370.00 |
| 6/10 | | | | | | 370 | 0.00 |
| 9/14/12 | re 3000 due 12/1/12 | | | | | | |
| 9/14/12 | 2004 Chevrolet Blazer SUV (Red) | 3500 | | | | | 3500 |
| 10-2 | | | | | | 1000 | 2500 |
| | DMV due 161.00 | (K) | | | | 300 | 2300 |
| 2-16 | | | | | | 1200 | 1000 |
| | w 6/10/13 | | | | | 300 | 700 |
| 10/16/13 | 804-247-9264 | | | | | 500 | 200 |
| 10/28/14 | 05. Pontiac Grand Prix 4dr (Red) | 3500 | | | | | 3500 |
| 12/4/14 | | | | | | 250 | 3250 |
| 1/14 | DMV due 250.00 (K) | | | | | 340 | 3010 |
| 2/5/15 | 804-482-9748 180.00 12/4/14 | | | | | 500 | 2510 |
| | VPG-W823 | DMV BAL 70.00 | | | | | |