**Exhibit D**

Place
Stamp
Here

LexisNexis is not the Insurance
Company.
For any and all policy changes you
must contact the Insurance Company,
the Carrier or the Producer listed in
the detail below.

If you are not the intended recipient,
please return this card.

979364-67994-3-A
LexisNexis/FIRSt
2885 Breckinridge Blvd, Ste 400
Duluth, GA 30096



**IMPORTANT: INSURANCE COVERAGE NOTIFICATION(S)**
LexisNexis is not the Insurance Company.

-For any and all policy changes you must contact the Insurance Company, Carrier, or Producer listed in the detail below.
-For all cancellation, non-renewal, expiration, and lapse notices - all coverage will cease at 12:01AM local time at the premises, unless
otherwise shown in the item detail provided.
-If you want to receive future notifications electronically, email firstsupport@lexisnexis.com.
-This Insurance notice is sent to you as the Loss Payee/Mortgagee/Additional Interested Party on behalf of the carrier listed.

Policy:11-4500481321        REASON: Cancellation of Policy        Created: 04/01/2015 Eff. Dte: 04/17/2015 12:01 AM ST
Carrier: ALFA VISION INSURANCE CORP                                Pol. From: 04/17/2015 Pol. To: 05/01/2015
Loss Pay: WHOLESALE CARS -2124 BROAD ROCK BLVD-RICHMOND-VA-23224
Insured: CLARK LATRICE -201 LARNE AVE-RICHMOND-VA-23224
Insurance: VISION Insurance-210 Westwood Place Suite 200-Brentwood-TN-37027
Producer:
Deducts: Comp: 500        Coll: 500        Leased Vehicle: N        State Reg: VA
PropDmg: 25,000        SLL 25,000 / 50,000
Add. Ins.: Vehicle: 2005 PONT GRAND PRIX 2G2WP522751338559        Lblty/Cvg: Y        Eff. until encld: N
End.No.: 0NO04508l End.St.: VA
Notes: * First Id: 12188-111-3610848-31162467S

LexisNexis/FIRSt
PO Box 10680
Peoria, IL 61612-0680

**RETURN SERVICE REQUESTED**

April 02, 2015

979364-67994-3-A          12251    B1/L

WHOLESALE CARS INC.
2124 BROAD ROCK BLVD
RICHMOND, VA 23224-4808

979364-67994-3-A

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
LEXISNEXIS