Exhibit E
Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:<br><br>LATRICE Y CLARK,<br><br>Debtor.<br>WHOLESALE CARS, INC.,<br><br>Movant,<br><br>v.<br><br>LATRICE Y CLARK,<br><br>and<br><br>HARRY SHAIA, JR., Trustee,<br><br>Respondents. | Case No. 15-31445-KRH<br>Chapter 7 |

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Motion of Wholesale Cars, Inc., to modify the automatic stay as to Latrice Y Clark; it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. § 362 is modified to permit the movant and its successors and assigns to enforce its rights under it security agreement to lawfully repossess and liquidate certain personal property, to-wit: a 2005 Pontiac Grand Prix with a vehicle identification number of 2G2WP522751338559.

David K. Spiro (VSB No. 28152)
Rachel A. Greenleaf (VSB No. 83938)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-mail:  dspiro@hf-law.com
              rgreenleaf@hf-law.com

*Counsel for Wholesale Cars, Inc.*

Dated: _____                    _____
                                                   United States Bankruptcy Judge

Entered on Docket:

We ask for this:

  /s/ Rachel A. Greenleaf
David K. Spiro (VSB No. 28152)
Rachel A. Greenleaf (VSB No. 83938)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  (804) 771-9500
Facsimile:  (804) 644-0957
E-mail: dspiro@hf-law.com
        rgreenleaf@hf-law.com

*Counsel for Wholesale Cars, Inc.*

Copy to:

Movant
Counsel for the Debtor
Chapter 7 Trustee

Copy mailed to:
Debtor

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is substantially identical to the form order required by Administrative Order 10-2. No other modification, additions, or deletions have been made.

                                           /s/ Rachel A. Greenleaf
                                           Attorney for Movant